NOT FOR PUBLICATION

**FILED**

UNITED STATES COURT OF APPEALS

MAR 19 2026

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 23-313 |
| Appellee, | D.C. No. 9:22-cr-00033-DWM-1 |
| v. | |
| SHAWN LEE BUTTS, | MEMORANDUM* |
| Appellant. | |

Appeal from the United States District Court
for the District of Montana
Donald W. Molloy, District Judge, Presiding

Submitted March 16, 2026**

Before:    SILVERMAN, NGUYEN, and HURWITZ, Circuit Judges.

Shawn Lee Butts appeals from the district court's judgment and challenges

his guilty-plea conviction for being a prohibited person in possession of firearms

and ammunition, in violation of 18 U.S.C. § 922(g)(1). We have jurisdiction under

28 U.S.C. § 1291, and we affirm.

---

\*       This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

Butts asserts that § 922(g)(1) violates the Second Amendment, both facially and as applied to him as a purportedly non-violent felon who possessed the firearms for hunting purposes. This claim is foreclosed. *See United States v. Duarte*, 137 F.4th 743, 750 (9th Cir. 2025) (en banc) ("[Section] 922(g)(1) is constitutional as applied to non-violent felons[.]"), *cert. denied*, __ S. Ct. __, 2026 WL 135692 (U.S. Jan. 20, 2026).

**AFFIRMED.**